No. 104. VISIC *v.* DEVER, OFFICER IN CHARGE, MIAMI OFFICE, IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Savoretti, present District Director of the

Immigration and Naturalization Service for the Miami District, substituted as party respondent. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Ralph C. Busser* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Philip R. Monahan* and *Robert G. Maysack* for respondent.